FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 DEC 28  PM 2: 04

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 6:22-cr-211-CEM-LHP
18 U.S.C. § 2252A(a)(2)

CHRISTOPHER R. KALEY

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 5, 2022, in the Middle District of Florida, and elsewhere, the defendant,

CHRISTOPHER R. KALEY,

did knowingly distribute child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the visual depiction being specifically identified in the computer file titled 2_5458587224838773553.mp4.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT TWO

On or about December 6, 2022, in the Middle District of Florida, and elsewhere, the defendant,

CHRISTOPHER R. KALEY,

did knowingly distribute child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the visual depictions being specifically identified in the computer files titled IMG-20210416-WA0003~3.jpg, IMG-20210416-WA0003~2.jpg, IMG-20210416-WA0003.jpg, and IMG-20210416-WA0002.jpg.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## FORFEITURE

1.  The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.  Upon conviction of a violation of 18 U.S.C. §§ 2252A(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a.  Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction,

which was produced, transported, mailed, shipped, or received in violation of chapter 110:

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    The property to be forfeited includes, but is not limited to, the following: the Cricket cellphone seized from the defendant on December 7, 2022.

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
John M. Gardella
Assistant United States Attorney

By: *[signature]* (For)
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
December 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER R. KALEY

## INDICTMENT

Violations: 18 U.S.C. § 2252A(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 28th day of December 2022.


_____
Clerk

Bail $_____

GPO 863 525